

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JUSTIN D. ALDAVA, | § | No. 08-22-00118-CR |
| Appellant, | § | Appeal from the |
| v. | § | 42nd District Court |
| THE STATE OF TEXAS, | § | of Taylor County, Texas |
| State. | § | (TC# 29852-A) |
| | § | |

**O R D E R**

The reporter's record was due to be filed on August 22, 2022.  On August 19, 2022, Teri Nichols, Official Court Reporter for the 42nd District Court of Taylor County, filed a request for extension of time to file the reporter's record advising the Court that she had not received arrangement for the reporter's record.  On September 12, 2022, she filed a second letter stating the same.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of Taylor County, Texas, on or before October 3, 2022. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before October 13, 2022. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before October 13, 2022.

Further, the request for extension of time to file the reporter's record is granted to October 20, 2022.

IT IS SO ORDERED this 13th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.